IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- |
| v. | : | DATE FILED:  April 30, 2021 |
| TIMOTHY WALTERS | : | VIOLATIONS: |
| | : | 18 U.S.C. § 7206(1) (filing false federal income tax returns – 3 counts) |
| | : | |

**INFORMATION**

**COUNTS ONE THROUGH THREE**

THE UNITED STATES ATTORNEY CHARGES THAT:

1. For tax years 2013 through 2015 defendant TIMOTHY WALTERS prepared and filed U.S. Individual Income Tax Returns, Form 1040, for himself and his wife.  Defendant TIMOTHY WALTERS signed each of these personal returns and each contained a written declaration that it was signed under the penalties of perjury.

2. Each of these U.S. Individual Income Tax Returns filed by defendant TIMOTHY WALTERS was not true and correct as to every material matter in that on each return, defendant TIMOTHY WALTERS failed to accurately report all income he received from his personal business.

3.      On or about each of the dates shown below, in the Eastern District of Pennsylvania, defendant

**TIMOTHY WALTERS**

willfully made and subscribed a Form 1040, U.S. Individual Income Tax Return, for the calendar years shown below, each of which was verified by a written declaration that it was made under the penalty of perjury, which defendant WALTERS did not believe to be true and correct as to every material matter, in that each return did not report all income from his personal business, whereas, as WALTERS well knew, he did not accurately report his income on those returns, with each false return being a separate count:

| Count | Tax Year | Date Signed | Unreported Income |
|---|---|---|---|
| 1 | 2013 | February 2, 2014 | $70,473 |
| 2 | 2014 | February 9, 2015 | $185,441 |
| 3 | 2015 | January 30, 2016 | $95,851 |
| Total | | | $351,765 |

In violation of Title 26, United States Code, Section 7206(1).

*Ronald Sarock* for

**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TIMOTHY WALTERS

INFORMATION

Counts

18 U.S.C. § 7206(1) (filing false federal income tax returns – 3 counts)

A true bill.

_____
Foreperson

Filed in open court this _____ day,
of _____ A.D. 20____

_____
Clerk

Bail, $_____